1  Terry L. Baker (SBN 214365)
   LAW OFFICES OF JON JACOBS
2  1 Ridgegate Drive, Suite 245
   Temecula, CA 92590
3  Telephone: (916) 663-6400
   Facsimile: (916) 663-6500
4  tbaker@consumerlawgroup.net

5  Attorneys for Plaintiff
   TROY BLANK and EVELYN BLANK

6

7

8                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF CALIFORNIA
9

10 | TROY BLANK and EVELYN BLANK, | CASE NO.: 2:19-cv-01313-JAM-KJN |
   |---|---|
11 | Plaintiffs, | **STIPULATION OF DISMISSAL AND ORDER** |
12 | v. | |
13 | STIER'S RV CENTERS, LLC, a limited liability company; HEARTLAND RECREATIONAL VEHICLES, LLC, a limited liability company, | |
14 | | |
15 | | |
16 | Defendants. | |

## **STIPULATION**

17     IT IS HEREBY STIPULATED by and between the parties to this action through their

18 designated counsel that the above-captioned action be and hereby is dismissed with prejudice

19 pursuant to FRCP 41(a)(1).

20 Dated: July 7, 2020                               LAW OFFICES OF JON JACOBS

21

22                                                  /s/ Terry L. Baker_____
                                                    Terry L. Baker (SBN 214365)
23                                                  Attorneys for Plaintiffs
                                                    TROY BLANK and EVELYN BLANK
24

25 Dated: July 7, 2020                               LAW OFFICES OF WILLIAM L. BAKER

26

27                                                  /s/ William L. Baker (authorized 7/7/20)
                                                    William L. Baker (SBN 114454)
28                                                  Attorneys for Defendants

---

1

## **ORDER**

Based on the foregoing stipulation, this action shall be, and hereby is, DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED**

Dated: July 7, 2020

/s/ John A. Mendez_____
Hon. John A. Mendez
United States District Court Judge

2

Blank v. Stier's RV Centers, LLC, et al.                                                                Stipulation of Dismissal